UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. MJ08-356 |
| v. | |
| GRANT G. GASPARD, | DETENTION ORDER |
| Defendant. | |

Offense charged:

    Mail Fraud and Wire Fraud.

Date of Detention Hearing: August 12, 2008.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant has been charged by complaint with Mail Fraud and Wire Fraud.

    (2)    Defendant is a former assistant chief for the King County Fire Protection District 39. The government alleges he fraudulently obtained more than $500,000. The government alleges

DETENTION ORDER -1

defendant has wired $60,000 to another country. The government called the District's IT manager as a witness. The IT manager testified that the District's computers contain evidence of defendant's criminal conduct and that after being confronted about the fraud, defendant destroyed some of this evidence by deleting thousands of emails from the District's computer system.

  (3) At the time of his arrest, defendant was found in possession of numerous assault type rifles, pistols, ammunition and other weapons.

  (4) Defendant suffers from a mental condition. In July he saw a mental health professional on several occasions and is currently receiving medications. There is also an indication of suicidal ideation. The full extent and severity of defendant's mental health has not yet been determined.

  It is therefore ORDERED:

  (1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal; defendant is given leave to move for release and present additional evidence regarding defendant's mental health.

  (2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

  (3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 12th day of August, 2008.

/s/ Brian A. Tsuchida
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -3